UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| FEDERICO DIAZ GARCIA, | |
|     Petitioner, | |
| v. | No. 1:25-CV-247-H |
| KRISTI NOEM, et al., | |
|     Respondents. | |

**ORDER TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE**

Before the Court is the petitioner's petition for a writ of habeas corpus. Dkt. No. 1. The Court finds good cause to give the respondents 20 days to respond to this Show-Cause Order. *See* 28 U.S.C. § 2243. Therefore, the respondents are ordered to file an answer that shows cause why the petitioner's writ should not be granted by no later than December 3, 2025. The respondents must file with the answer all records relevant to the resolution of the petitioner's habeas petition. The petitioner may file a reply to the respondents' answer by no later than December 17, 2025. The Court will determine whether a hearing is necessary after it reviews the respondents' answer and petitioner's reply.

In addition, the respondents are ordered to file, by no later than 5:00 p.m. CT on November 14, 2025, a notice addressing whether the government will commit not to remove the petitioner pending the Court's resolution of the petitioner's habeas petition (Dkt. No. 1). The respondents' notice should also address what notice, if any, the respondents will give the petitioner's counsel and the Court prior to moving the petitioner outside the Court's jurisdiction.

Service of this Order, as well as the petition and its attachments, shall be made by the petitioner on the Acting United States Attorney for the Northern District of Texas, Nancy

Larson, by 12:00 p.m. CT on November 14, 2025, which shall constitute good and sufficient service on the respondents.

So ordered on November 13, 2025.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

– 2 –